# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. **10-53608-JEH** |
| | § | |
| **KERR, SEPTEMBER L.** | § | Chapter 7 |
| | § | |
| | § | Judge: **Hoffman** |
| Debtor(s). | § | |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $31.94 represents the total sum of unclaimed dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3011. The name(s) and addresses of the parties entitled to those unclaimed dividends are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Time Warner Cable<br>11252 Cornell Park Dr.<br>Cincinnati, OH 45242 | 3 | $31.94 |

Dated:　May 25, 2011　　　　　　　　　　　　　*/s/ William B. Logan Jr.*
　　　　　　　　　　　　　　　　　　　　　　　　William B. Logan Jr., Case Trustee
　　　　　　　　　　　　　　　　　　　　　　　　0019290